IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| WILLIAM R. HAWORTH, SR., | Civil No. 04-1613-KI |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2,193.25 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs, or expenses will be awarded.

DATED this __22__ day of __Feb__, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant